UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X

UNITED STATES OF AMERICA

   -against-

                                                                                                   S4 09-CR-466 (BMC) & 22-CV-6300

JOAQUIN GUZMAN-LOERA

                   Defendant.

----------------------------------------------------------------- X

## NOTICE OF WITHDRAWAL OF MOTION TO WITHDRAW AS COUNSEL

     On December 30th, counsel filed a Motion to Withdraw as Attorney, Dkt. No. 688. After speaking with the government and this Court's clerk, counsel now wishes to withdraw the earlier motion to withdraw as counsel of record in the above-captioned case. It was never counsel's intention to withdraw from the criminal case; just from the 2255 matter. Such withdrawal may adversely impact counsel's SAMs status and interfere with counsel's ability to represent Mr. Guzman effectively in a pending *Bivens* action. Counsel simply wishes to not be bound to advance legal arguments or to substantively represent Mr. Guzman in connection with the 2255 motion. It was never counsel's intention to be removed as counsel altogether from the criminal court docket. Counsel will, however, be willing to translate for Mr. Guzman and/or convert his *pro se* arguments into English. However, those arguments will be made in Mr. Guzman's words and counsel will take no position as counsel with respect to those claims. Therefore, counsel would respectfully ask that the Court allow her to continue as counsel in connection with the above criminal docket number, while permitting Mr. Guzman to proceed *pro se* in relation to the 2255 matter. A separate motion asking this Court to allow Mr. Guzman to proceed *pro se* on the 2255 matter will be filed.

DATED: January 3, 2023                                       Respectfully submitted,

                                                                    Mariel Colon Miro, Esq.
                                                                    300 Cadman Plaza W 12th floor
                                                                    Brooklyn, NY 11201
                                                                    Tel: (917)743-7071

<u>CERTIFICATE OF SERVICE</u>

I certify that on January 3, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system, which will send notification of such filing to the following:

AUSA Adam Fels, Esq.

AUSA Andrea Goldbarg, Esq.

AUSA Hiral Mehta, Esq.

AUSA Patricia Notopoulos, Esq.