*Law Offices of*
*Mariel Colon Miro, PLLC*
*300 Cadman Plaza W 12th Floor #381*
*Brooklyn, NY 11201*
*Ph: (917) 743-7071*
*Email: mcolon@marielcolonmiro.com*

January 3, 2023

The Honorable Brian M. Cogan
United States District Court Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

*Re: United States v. Guzman Loera, 09-CR-466 (BMC) & 22-CV-6300*

Your Honor:

I am also hereby moving to allow my client, Mr. Guzman Loera, to file a *pro se* response to the Government's answer to the pending 2255 motion. The Court has already granted him an extension of 30 days to file such response, and I wish that the status of that extension remains unchanged.

Thank you for your consideration in this matter.

Respectfully submitted,

Mariel Colon Miro, Esq.