# Law Offices of
# Mariel Colon Miro, PLLC
300 Cadman Plaza W 12th Floor #381
Brooklyn, NY 11201
Ph: (917) 743-7071
Email: mcolon@marielcolonmiro.com

February 7, 2023

The Honorable Brian M. Cogan
United States District Court Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

*Re: United States v. Guzmán Loera, 09-CR-466 (BMC) & 22-CV-6300*

Your Honor:

    I am writing to respectfully request another 30-day extension for my client, Joaquín Guzmán Loera, for the purpose replying to the Government's answering papers. The reason for the extension is that the undersigned is waiting for an answer to her January 3rd letter, seeking clarity on her representation status relative to Mr. Guzmán Loera. I am currently in possession of a *pro se* traverse that Mr. Guzmán Loera forwarded to my office, which I am almost done translating from Spanish to English. I plan to file the traverse on Mr. Guzmán Loera's behalf, but I want to make clear that my office in no way endorses, accepts, denies, or contradicts the claims and allegations made in Mr. Guzmán Loera's *pro se* filing. Those claims and allegations are solely being made by Mr. Guzmán Loera, and I am only translating them.

    Thank you for your consideration in this matter.

Respectfully submitted,

Mariel Colón Miró, Esq.