UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -                                                       No. 09-CR-466 (BMC)

ISMAEL ZAMBADA GARCIA,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

        PLEASE TAKE NOTICE that Assistant United States Attorney Robert M. Pollack from this point forward will be added as counsel in the above-captioned matter.

        All future correspondence to the United States in the above-captioned matter should be sent to:

        Assistant U.S. Attorney Robert M. Pollack
        United States Attorney's Office (Criminal Division)
        271A Cadman Plaza East
        Brooklyn, New York 11201
        Tel.: (718) 254-6232
        Email: robert.pollack@usdoj.gov

        In addition, the Clerk of the Court is respectfully requested to ensure that all

future ECF notifications are sent to Assistant United States Attorney Robert M. Pollack at the email address set forth above.

Dated: Brooklyn, New York
February 15, 2024

Respectfully submitted,

BREON PEACE
United States Attorney

By: /s/ Robert M. Pollack
Robert M. Pollack
Assistant U.S. Attorney

cc: Clerk of the Court (BMC)