UNITED SATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

-------------------------------------------------X

UNITED STATES OF AMERICA

V.                                               09-CR-466-(BMC) (S5)

ISMAEL ZAMBADA GARCIA,            NOTICE OF MOTION TO
                                                                    ADMIT COUNSEL ***PRO HAC VICE***

DEFNDANT

-------------------------------------------------X

TO:     Opposing Counsel
          Assistant U.S. Attorney Francisco J. Navarro
          United States Attorney's Office (Criminal Division)
          271-A Cadman Plaza East
          Brookly, New York  11201

       PLEASE TAKE NOTICE that upon the annexed affidavit of Movant in support of this Motion and the Certificate of Good Standing annexed hereto, I, Frank A. Perez will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of Movant, a member of the Law Office of Frank A. Perez and a member in good standing of the United States District Court for the Northern District of Texas, as attorney ***pro hac vice*** to argue and try this case in whole or in part as Lead Counsel for Ismael Zambada Garcia a/k/a "El Mayo", "Mayo Zambada", "Doctor", "La Doc", "Doctora", "El Lic", "Mike", and "Mayo El Senor". There are no pending disciplinary proceedings against me in any state or federal court.

NOTICE OF MOTION TO ADMIT COUNSEL ***PRO HAC VICE*** – Page 1

Respectfully submitted,

Dated: August 7, 2024

_____
Frank A. Perez, Movant
Law Office of Frank A. Perez
9110 Scyene Rd.
Dallas, Texas  75227
Telephone:  (214) 828-9911
Facsimile:  (214) 828-2104
Email:  frankperezlaw@outlook.com

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

## CERTIFICATE OF GOOD STANDING

I, Karen Mitchell, Clerk of the U.S. District Court for the Northern District of Texas, certify that the attorney named below is admitted to practice before this court and is currently in good standing:

### Frank A. Perez

Bar Number:                                   Date of Admission:

**00789541**                                  **02/21/1995**

Witness my official signature and the seal of this court.

Dated: August 6, 2024                         Karen Mitchell,
                                              Clerk of Court

                                              By: /s/ K. Riojas
                                                  Deputy Clerk