UNITED SATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

-------------------------------------------------X

UNITED STATES OF AMERICA

V.                                                                  09-CR-466-(BMC) (S5)

ISMAEL ZAMBADA GARCIA,                        AFFIDAVIT IN SUPPORT OF
                                                                     MOTION TO ADMIT COUNSEL
                                                                     *PRO HAC VICE*

DEFNDANT

-------------------------------------------------X

I, Frank A. Perez, being duly sworn, hereby depose and say as follows:

1. I am an attorney with the Law Office of Frank A. Perez.

2. I submit this affidavit in support of my Motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown on the Certificate of Good Standing annexed hereto, I am a member in good standing in the United States District Court for the Northern District of Texas.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. My attorney State of Texas Bar No. is 00789541.

8. Wherefore, your affiant respectfully submits that he be permitted to appear as Lead Counsel and advocate *pro hac vice* in case number 09-CR-466-(BMC) (S5) for Ismael Zambada Garcia.

Dated: August 7, 2024

Respectfully submitted,

_____
Frank A. Perez, Movant
Law Office of Frank A. Perez
9110 Scyene Rd.
Dallas, Texas 75227
Telephone: (214) 828-9911
Facsimile: (214) 828-2104
Email: frankperezlaw@outlook.com

SWORN AND SUBCRIBED TO before me this 7th day of August, 2024.

_____
Olga L. Vasquez
Notary Public in and for the State of Texas

(Seal)

OLGA LETICIA VASQUEZ
Notary ID #6811907
My Commission Expires
January 15, 2026