UNITED SATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

-------------------------------------------------X

UNITED STATES OF AMERICA

V.                                                                               09-CR-466-(BMC) (S5)

ISMAEL ZAMBADA GARCIA,

DEFENDANT

-------------------------------------------------X

## NOTICE OF APPEARANCE

     I wish to enter my appearance as retained lead attorney for the above-named defendant in this cause. I understand that it is my duty to continue to represent the named defendant in connection with all matters relating to this cause, and in connection with all proceedings therein in this Court; unless and until, after written motion filed by me, I am relieved by the Order of the Court.

DATED: August 12, 2024

                                                                       Respectfully submitted,

                                                                       /s/ *Frank A Perez*_____
                                                                       Frank A Perez
                                                                       State Bar No. 00789541
                                                                       9110 Scyene Rd.
                                                                       Dallas, Texas 75227
                                                                       Telephone (214) 828-9911
                                                                       Facsimile (214) 828-2104
                                                                       Email: frankperezlaw@outlook.com

                                                                       ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

      I hereby certify that on the 12th  day of August, 2024 the foregoing Notice of Appearance was filed electronically with the clerk of the United States District Court for the Eastern District of New York to be served by operation of the Court's electronic filing system upon the Assistant United States Attorney and all other counsel.

                                          /s/ *Frank A Perez*
                                          Frank A Perez