UNITED SATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

-------------------------------------------------X

UNITED STATES OF AMERICA

V.  09-CR-466-(BMC) (S5)

ISMAEL ZAMBADA GARCIA,  NOTICE OF MOTION TO
ADMIT COUNSEL *PRO HAC VICE*

DEFNDANT

-------------------------------------------------X

TO: Opposing Counsel
Assistant U.S. Attorney Francisco J. Navarro
United States Attorney's Office (Criminal Division)
271-A Cadman Plaza East
Brookly, New York 11201

PLEASE TAKE NOTICE that upon the annexed affidavit of Movant in support of this Motion and the Certificate of Good Standing annexed hereto, I, Ray Velarde will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of Movant, a member of the Law Office of Ray Velarde and a member in good standing of the United States District Court for the Western District of Texas, as *appearing attorney to be noticed* in the matter of Ismael Zambada Garcia a/k/a "El Mayo", "Mayo Zambada", "Doctor", "La Doc", "Doctora", "El Lic", "Mike", and "Mayo El Senor". There are no pending disciplinary proceedings against me in any state or federal court.

Respectfully submitted,

Dated: 8/13/2024

*[signature]*

Ray Velarde, Movant
Law Office of Ray Velarde
1216 Montana Ave.
El Paso, 79902
Telephone: 915-532-6003
Facsimile: 915-542-2341
Email: ray@velardelaw.com