

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

FJN/RMP/LAB/AA
F. #2009R01065/OCDETF#NY-NYE-616

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 1, 2024

<u>By ECF and E-Mail</u>

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>United States v. Ismael Zambada Garcia</u>
              <u>Criminal Docket No. 09-466 (BMC) (S-5)</u>

Dear Judge Cogan:

      The government writes to advise the Court that the government has a scheduling conflict on the date currently set for the first status conference in the above-captioned case, and for that reason to respectfully request that the conference be advanced. The government has conferred with defense counsel and Your Honor's courtroom deputy about convenient dates and times, and all are available on October 17, 2024 at 2:15 p.m. Accordingly, and with the consent of the defense, the government respectfully requests that the status conference currently scheduled for October 31, 2024 be advanced to October 17, 2024 at 2:15 p.m.

                                                      Respectfully submitted,

                                                      BREON PEACE
                                                      United States Attorney

                       By:    <u>/s/ Robert M. Pollack</u>
                                Francisco J. Navarro
                                Robert M. Pollack
                                Lauren A. Bowman
                                Adam Amir
                                Assistant U.S. Attorneys
                                (718) 254-7000