

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

FJN/RMP/LAB/AA
F. #2009R01065/OCDETF#NY-NYE-616

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 14, 2024

<u>By ECF and E-Mail</u>

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>United States v. Ismael Zambada Garcia</u>
             <u>Criminal Docket No. 09-466 (BMC) (S-5)</u>

Dear Judge Cogan:

      The government writes to request that the initial status conference currently scheduled for October 17, 2024 at 2:15 p.m. be adjourned by one day and set for October 18, 2024 at 11:00 a.m. The initial status conference was originally scheduled for October 31, 2024 and the government requested that it be advanced to October 17 because of a scheduling conflict. The government has consulted with the U.S. Marshals Service, defense counsel, and Your Honor's courtroom deputy, and for logistical reasons now asks that the conference be set for October 18, 2024 at 11:00 a.m. The defense consents to this request.

                            Respectfully submitted,

                            BREON PEACE
                            United States Attorney

           By:   <u>/s/ Robert M. Pollack</u>
                 Francisco J. Navarro
                 Robert M. Pollack
                 Lauren A. Bowman
                 Adam Amir
                 Assistant U.S. Attorneys
                 (718) 254-7000