UNITED SATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------X

UNITED STATES OF AMERICA

V.                                                                  09-CR-466-(BMC) (S5)

ISMAEL ZAMBADA GARCIA,                          AFFIDAVIT IN SUPPORT OF
                                                                     MOTION TO ADMIT COUNSEL
                                                                     ***PRO HAC VICE***

DEFNDANT

-----------------------------------------------X

I, Clark Birdsall, being duly sworn, hereby depose and say as follows:

1. I am an attorney with the Law Office of Clark Birdsall.

2. I submit this affidavit in support of my motion for admission appearing *pro hac vice* to be notice in the above-captioned matter.

3. As shown on the Certificate of Good Standing annexed hereto, I am a member in good standing in the United States District Court for the Northern District of Texas.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. My attorney State of Texas Bar No. is 02333500.

8. Wherefore, your affiant respectfully submits that he be permitted to appear as counsel to be noticed in case number 09-CR-466-(BMC) (S5) for Ismael Zambada Garcia.

AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE* – Page 1

Dated: 1/10/25

Respectfully submitted,

_____
Clark Birdsall, Movant
Law Office of Clark Birdsall
State Bar No. 02333500
9110 Scyene Rd.
Dallas, Texas 75227
Telephone (214) 828-9911
Facsimile (214) 828-2104
Email: clarkbirds@aol.com

SWORN AND SUBCRIBED TO before me this 10TH day of January 2025

_____
Notary Public in and for the State of Texas

(Seal)

OLGA LETICIA VASQUEZ
Notary ID #6811907
My Commission Expires
January 15, 2026

AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE* – Page 2