F. #2009R01065/OCDETF#NY-NYE-616

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -                                                                 09-CR-466(BMC)

ISMAEL ZAMBADA GARCIA,

       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney Rebecca M. Urquiola from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

    Assistant U.S. Attorney Rebecca M. Urquiola
    United States Attorney's Office (Criminal Division)
    271-A Cadman Plaza East
    Brooklyn, New York 11201
    Tel:  (718) 254-6049
    Email: rebecca.urquiola@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Rebecca M. Urquiola at the email address set forth above.

Dated:    Brooklyn, New York
           January 15, 2025

                                      Respectfully submitted,

                                      CAROLYN POKORNY
                                      Acting United States Attorney

                         By:    /s/ Rebecca M. Urquiola
                                      Rebecca M. Urquiola
                                      Assistant U.S. Attorney

cc:    Clerk of the Court (BMC)