

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

FJN/RMP/LAB/AA/RU      *271 Cadman Plaza East*
F. #2009R01065/OCDETF#NY-NYE-616     *Brooklyn, New York 11201*

June 11, 2025

<u>By ECF and E-Mail</u>

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:     United States v. Ismael Zambada Garcia
                <u>Criminal Docket No. 09-466 (BMC) (S-5)</u>

Dear Judge Cogan:

       The government respectfully writes on behalf of the parties to request that the status conference currently scheduled for June 16, 2025 be adjourned for approximately 60 days or until a date convenient for the Court thereafter, and that time until such date be excluded from calculations under the Speedy Trial Act in the interests of justice. As the Court is aware, the parties have exchanged certain discovery materials and discussed the potential for a resolution short of trial, which has occurred during the pendency of the capital case process and the government's assessment of the likelihood and scope of proceedings pursuant to the Classified Information Procedures Act ("CIPA"). The government has determined that CIPA proceedings are likely although its determination of the scope of such proceedings remains ongoing, and the parties still await the conclusion of the capital case determination. In light of all of those considerations, the parties jointly request that the conference be adjourned for approximately 60 days or to a convenient date thereafter. Additionally, the parties jointly ask that time be

excluded for the above reasons and respectfully submit that the interests of justice served by the adjournment and exclusion of time outweigh the interests of the public and the defendant in a speedy trial.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:   /s/ Robert M. Pollack
Francisco J. Navarro
Robert M. Pollack
Lauren A. Bowman
Adam Amir
Rebecca Urquiola
Assistant United States Attorneys
(718) 254-7000

MARLON COBAR, CHIEF
Narcotic and Dangerous Drug Section
Criminal Division
United States Department of Justice

By:   /s/ Melanie Alsworth
Melanie Alsworth
Kirk Handrich
Trial Attorneys

OF COUNSEL
HAYDEN O'BYRNE
United States Attorney
Southern District of Florida

By:   /s/ Monique Botero
Monique Botero
Andrea Goldbarg
Assistant United States Attorneys