

U.S. Department of Justice

United States Attorney
Eastern District of New York

FJN/RMP/LAB/AA/RMQ
F. #2009R01065/OCDETF#NY-NYE-616

271 Cadman Plaza East
Brooklyn, New York 11201

August 5, 2025

By ECF

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   United States v. Ismael Zambada Garcia
              Criminal Docket No. 09-466 (BMC) (S-5)

Dear Judge Cogan:

      The government respectfully submits this letter to inform the Court and the defense that the Attorney General has authorized and directed this Office not to seek the death penalty against the defendant Ismael Zambada Garcia.

      Respectfully submitted,

      JOSEPH NOCELLA, JR.
      United States Attorney

By:   /s/ Francisco J. Navarro
      Francisco J. Navarro
      Robert M. Pollack
      Lauren A. Bowman
      Adam Amir
      Rebecca M. Urquiola
      Assistant United States Attorneys
      (718) 254-7000

cc:   Defense Counsel (by ECF)
      Clerk of Court (BMC) (by ECF)