LAW OFFICES OF
**FRANK A. PEREZ, P. C.**
ATTORNEY AT LAW

9110 SCYENE ROAD                                    TELEPHONE (214) 828-9911
DALLAS, TEXAS 75227                                 TELECOPIER (214) 828-2104

December 9, 2025

BY ECF AND EMAIL

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: United States v. Ismael Zambada Garcia
        Criminal Docket No. 09-466 (BMC) (S-5)

Dear Judge Cogan:

I respectfully request a continuance of ninety (90) days from the current sentencing date of January 12, 2026 at 10:00am. Additional time is necessary to prepare and file the sentencing memorandum on behalf of my client, Ismael Zambada Garcia. Despite diligent efforts, recent circumstances beyond our control have significantly hindered our ability to gather necessary mitigating information.

A substantial portion of the mitigation evidence must be obtained from individuals located in regions of Mexico currently experiencing heightened violence and instability. These conditions have created serious logistical difficulties in arranging conversations, obtaining letters, and securing other essential background information from witnesses and family members. Travel and communication delays have been unavoidable, and several individuals have only recently been able to confirm their availability to assist.

Given these challenges, I believe an additional 90 days is necessary to exercise due diligence and provide effective representation. This request is made in good faith and not for the purpose of delay. I am committed to submitting a thorough and well-supported memorandum that will assist the Court at sentencing.

I have conferred with Francisco J. Navarro, the Assistant U.S. Attorney assigned to this case and he does not oppose to the filing and granting of this motion.

Thank you for your consideration. I am available should the Court require any further information.

                                                                        Respectfully submitted,

                                                    /s/*Frank A. Perez*
                                                    FRANK A. PEREZ
                                                    Attorney for Defendant
                                                    State Bar No. 00789541
                                                    9110 Scyene Rd.
                                                    Dallas, Texas  75227
                                                    Telephone: (214) 828-9911
                                                    Facsimile: (214) 828-2104
                                                    Email:  fperez@frankperezlaw.com

FAP:ov

cc: Francisco J. Navarro via electronic mail